**Maryann Douglas LAMAR and Nathaniel Lamar, her husband, Petitioners,**

v.

**Conrad T. FRAIDER, D.O., Suburban General Hospital and Acromed, Inc., Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Alan M. Feldman, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* —— Pa. ——, 701 A.2d 156 (1997).

**Sarah EVOLI, Petitioner,**

v.

**Karl ROSENFELD, M.D., Lewis S. Sharps, M.D., Paoli Memorial Hospital and Acromed, Inc., Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Lawrence G. Metzger, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* —— Pa. ——, 701 A.2d 156 (1997).

**Moses and Christine ARNOLD, Petitioners,**

v.

**Conrad T. FRAIDER, D.O., Suburban General Hospital and Acromed, Inc., Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Lawrence G. Metzger, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accordance with this Court's recent decision